

September 21, 2017

Risk Manager
CONSTANTIN CONTROL ASSOCIATES LP
4400 Route 9 South
Suite 1000
Freehold, NJ 07728

## IMPORTANT NOTICE REGARDING YOUR INSURANCE POLICY – PLEASE REVIEW IMMEDIATELY

RE:    Policy Number: 8168-4190
         CONSTANTIN CONTROL ASSOCIATES LP
         Writing Company: Executive Risk Indemnity Inc.
         Expiration Date: Dec-12-2017 at 12:01 a.m. at the address set forth in the Declarations

Dear Risk Manager:

Thank you for selecting Chubb as your insurer. We value your business and look forward to continuing our relationship.

Like all insurance companies, Chubb must evaluate underwriting information in order to properly underwrite risk. As of the date of this letter, we have not received needed underwriting information (including application and supporting documentation, complete financial information and other pertinent submission information) to properly underwrite the terms and conditions of coverage for the upcoming renewal. Your state's insurance laws require that we notify you in advance if we are unable to renew your policy because we have not received this information.

<u>Therefore, we are required to provide you with this Notice of Non-renewal in order to comply with your state's law. This does not mean that we don't want to consider underwriting your policy but rather that we don't have the information we need to underwrite it at this time.</u>

In the event that we receive complete underwriting information, we would be pleased to consider offering you replacement coverage. Based on the information we receive, the coverage offered may include different premium and terms and conditions. If you are interested in submitting the outstanding information, please contact your agent or broker.

You have the right to file a written complaint about this non-renewal with the New Jersey Department of Insurance. The written complaint should be sent to the following address: Consumer Inquiry and Case Preparation Unit, P.O. Box 471, Trenton, N.J. 08625-0471 OR YOU MAY CONTACT THEM AT (602)292-7272, OR ELECTRONICALLY AT www.state.nj.us/dobi/consumer.htm. You must contact the Department immediately in the event you wish to file a complaint.

A copy of this notice is being provided to your agent or broker. If you have any questions, please contact your agent or broker.

Thank you again for selecting Chubb as your insurer.

Sincerely,

Chubb Specialty Insurance        555 Long Wharf Drive        203.782.4000
                                  New Haven, CT 06070-7683    Fax 203.782.4126

*[signature: Sean P. Murray]*

Sean P Murray
Senior Underwriter

cc: Annie Valderrama
NEBCO INSURANCE SERVICES LLC
5 GREENWICH OFFICE PARK
GREENWICH, CT 068310000